PYLE, Judge,
dissenting.
[25] I agree with my colleagues’ opinion concerning whether double jeopardy principles were violated in this case. However, I respectfully dissent from the finding that the trial court’s sentence was appropriate. Our Supreme Court has determined that when we exercise our authority to review and revise criminal sentences, -we may impose a more severe sentence than that ordered by the trial *975 court. McCullough v. State, 900 N.E.2d 745 (Ind.2009).- In this case, the trial court effectively sentenced Kunberger to two-and-one-half years, with only six months executed. I believe that Kunber-ger’s behavior toward the victim,- combined with his outrageous lack of respect for the court’s authority and his failure to abide by its no-contact order, warrant a fully executed sentence to the Department of Correction. In all other respects, I concur with my colleagues.